**RICH v. STATE.**

No. 25005.

Court of Criminal Appeals of Texas.

Dec. 6, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted on his plea of guilty to operating a motor vehicle on the public highway while intoxicated, and his punishment assessed at a fine of fifty dollars.

Upon the overruling of appellant's motion for new trial appellant gave notice of appeal to this court.

He now presents his personal affidavit advising that he now desires to withdraw his appeal, and at his request the appeal is dismissed.